IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY McCULLOUGH, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-cv-1427-MJR-MAB |
| ) | |
| JEFFERY DENNISON, ) | |
| WEXFORD HEALTH SOURCE, ) | |
| E. WILKIE, ) | |
| K. SMOOT, ) | |
| and SHERRY BENTON, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**REAGAN, Chief Judge:**

This is a prisoner civil rights lawsuit under 42 U.S.C. 1983, filed by Timothy McCullough, Sr., an inmate at Shawnee Correctional Center, presenting claims of deliberate indifference in violation of the Eighth Amendment to the United States Constitution. Specifically, two deliberate indifference claims survived threshold review, and five Defendants were served – Wilkie, Smoot, Benton, and Wexford (plus Dennison, who remained in the case in his official capacity only for purposes of any potential injunctive relief; *see* Docs. 8, 20, 29).

Now before the Court is Plaintiff's motion for preliminary injunction (Doc. 2). The Magistrate Judge assigned to the case (the Honorable Stephen C. Williams) ordered briefing on the motion (Doc. 27), reviewed extensive responses filed by Defendants (Docs. 31, 32), and submitted a Report and Recommendation to the undersigned District Judge on December 18, 2018 (R&R, Doc. 41).

The detailed R&R recommends that the undersigned deny Plaintiff's motion for preliminary injunction. The R&R plainly stated that any objection must be *filed* by January 7, 2019. That date passed over a week ago, with neither an objection nor a motion for extension of the objection deadline filed. Because no objection was lodged against the R&R, the undersigned need not conduct de novo review of the R&R. **28 U.S.C. 636(b)(1)(C) (A judge shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.);** *Thomas v. Arn,* **474 U.S. 140 (1985);** *Johnson v. Zema Systems Corp.,* **170 F.3d 734, 741 (7th Cir. 1999);** *Video Views Inc., v. Studio 21, Ltd.,* **797 F.2d 538 (7th Cir. 1986).**

The Court **ADOPTS** in its entirety Judge Williams' R&R (Doc. 41) and **DENIES** Plaintiff's motion for preliminary injunction (Doc. 2). Finally bearing note is the fact that Judge Williams has retired, and a new Magistrate Judge has been assigned to this case – the Honorable Mark A. Beatty.

IT IS SO ORDERED.

DATED January 15, 2019.

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge
