IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY MCCULLOUGH, SR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 18-CV-1427-SMY |
| | ) |
| JEFFERY DENNISON, et al, | ) |
| | ) |
| Respondents. | ) |

# ORDER

**YANDLE, District Judge:**

In this § 1983 civil rights action, the Court granted the Defendants' Motion for Summary Judgment and closed this case on April 11, 2023 (Docs. 129, 130). Petitioner filed a Notice of Appeal on May 1, 2023 (Doc. 131). Now before the Court is Petitioner's Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 137).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Petitioner McCullough, Sr. has provided necessary details regarding his financial condition, from which the Court finds that he is indigent and unable to retain counsel. The Court further finds that Petitioner's appeal is taken in "good faith" as it seeks review of this Court's grant of summary judgment. Accordingly, the Motion for Leave to Proceed on Appeal IFP is **GRANTED**.

**IT IS SO ORDERED.**

**DATE: May 30, 2023**

_____
**STACI M. YANDLE**
**United States District Judge**